**Betzaida P. JERNIGAN, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2013–7033.

United States Court of Appeals, Federal Circuit.

July 22, 2013.

Steven M. Amundson, Frommer Lawrence & Haug, LLP, of New York, New York, argued for claimant-appellant. With him on the brief were Vicki M. Franks, Julie E. Kurzrok, and Michael W. Harkness; and Bryan J. Braunel and Andrew M. Nason, of Washington, DC.

Scott D. Austin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, Jr., Assistant Director, and Alex P. Hontos, Trial Attorney. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel and Rachael T. Brant, Attorney, United States Department of Veterans Affairs, of Washington, DC.

NEWMAN, REYNA, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**